PETER J. SALMON (SBN 174386
CUONG M. NGUYEN (SBN 248586)
ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-MAIL: etsai@piteduncan.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AYAN KAI ROBERTS, KERMANISHA SANDERS, Plaintiffs, v. DWAYNE BARTELS, BARTELS PROPERTY MANAGEMENT, JACK BURNS, SR., JACK BURNS, JR., SECURITY PACIFIC REAL ESTATE; IRA G. ROSS, SR., FEDERAL HOME LOAN MORTGAGE CORPORATION, and its successors and assigns, and DOES 1-XX, inclusive, Defendants. | Case No. 4:12-CV-06119-SBA<br><br>**[ORDER ON DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing:<br>Date: June 25, 2013<br>Time: 1:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |
|---|---|

Having reviewed counsel for Defendant Federal Home Loan Mortgage Corporation's ("Freddie Mac") request to appear telephonically at the hearing on Freddie Mac's Motion to Dismiss the Second Amended Complaint, and finding good cause, this Court hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
**ORDER ON FREDDIE MAC'S REQUEST TO APPEAR TELEPHONICALLY**

Eric Tsai, counsel for Freddie Mac, may appear telephonically at the hearing on Freddie Mac's Motion to Dismiss the Second Amended Complaint on June 25, 2013, at 1:00 p.m. in Courtroom 1 (4th Floor) of this Court. Mr. Tsai shall contact Courtcall at (866) 582-6878 in advance of the hearing to schedule his telephonic appearance.

Dated: _6/18/13

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE