1  PETER J. SALMON (SBN 174386
CUONG M. NGUYEN (SBN 248586)
2  ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
E-MAIL: etsai@piteduncan.com
6
Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  AYAN KAI ROBERTS,
KERMANISHA SANDERS,                    Case No. 4:12-CV-06119-SBA
11
Plaintiffs,                    **[ORDER ON DEFENDANT FEDERAL
12                                             HOME LOAN MORTGAGE
v.                             CORPORATION'S REQUEST TO
13                                             APPEAR TELEPHONICALLY AT THE
HEARING ON ITS MOTION TO
14  DWAYNE BARTELS, BARTELS            DISMISS SECOND AMENDED
PROPERTY MANAGEMENT, JACK          COMPLAINT
BURNS, SR., JACK BURNS, JR.,
15  SECURITY PACIFIC REAL ESTATE; IRA
G. ROSS, SR., FEDERAL HOME LOAN    Hearing:
16  MORTGAGE CORPORATION, and its      Date:       June 25, 2013
successors and assigns, and DOES 1-XX,  Time:       1:00 p.m.
17  inclusive,                         Courtroom:  1, 4th Floor
Judge:      Hon. Saundra B. Armstrong
18  Defendants.
19
20      Having reviewed counsel for Defendant Federal Home Loan Mortgage Corporation's

21  ("Freddie Mac") request to appear telephonically at the hearing on Freddie Mac's Motion to Dismiss

22  the Second Amended Complaint, and finding good cause, this Court hereby orders as follows:

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
-1-
**ORDER ON FREDDIE MAC'S REQUEST TO APPEAR TELEPHONICALLY**

1    Eric Tsai, counsel for Freddie Mac, may appear telephonically at the hearing on Freddie

2  Mac's Motion to Dismiss the Second Amended Complaint on June 25, 2013, at 1:00 p.m. in

3  Courtroom 1 (4th Floor) of this Court.  Mr. Tsai shall contact Courtcall at (866) 582-6878 in

4  advance of the hearing to schedule his telephonic appearance.

5

6

7  Dated:  _6/18/13

   HON. SAUNDRA B. ARMSTRONG
8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**ORDER ON FREDDIE MAC'S REQUEST TO APPEAR TELEPHONICALLY**